**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CRIMINAL NO. 23-536-2 |
| | : |
| **QUADIR IBN ABDUL SMITH** | : |

## ORDER

**AND NOW**, this **28th** day of **February 2025**, upon consideration of Defendant's *pro se* Motion to Modify the Terms of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 83) and the Government's Response (ECF No. 85) thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**